# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **JEREMIAH JERMAINE LOVE**<br>       **LA. DOC #422852** | **CIVIL ACTION NO. 3:13-cv-0045** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN, JACKSON PARISH**<br>**CORRECTIONS CENTER** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the  record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**MONROE, LOUISIANA,** this 28th day of March, 2013.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE